Mary F. WALKER, Bankrupt, Appellant, v. John FAULKNER, Ashton File, and Thomas H. Wickham, Appellees.

Circuit Court of Appeals, Fourth Circuit. January 15, 1929.

No. 2839.

W. W. Goldsmith, of Beckley, W. Va., for appellant.

W. E. R. Byrne, of Charleston, W. Va., for appellees.

PER CURIAM. Cause docketed and dismissed, under section 2 of rule 16.

WILSON BANKING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Circuit Court of Appeals, Fifth Circuit. February 25, 1929. Rehearing Denied March 25, 1929.

No. 5385.

St. Clair Adams, of New Orleans, La. (G. A. Wilson, of Greenwood, Miss., on the brief), for petitioner.

Mabel Walker Willebrandt, Asst. Atty. Gen., Sewall Key and Harvey R. Gamble, Sp. Assts. to the Atty. Gen., and C. M. Charest, General Counsel, Bureau of Internal Revenue, and Thos. P. Dudley, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C. (Irwin R. Blaisdell, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., on the brief), for respondent.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. In this case the material facts are these: Petitioner is a Mississippi banking corporation, with a capital stock of $25,000, all of which, except qualifying shares, is owned by G. A. Wilson. When the bank was organized, G. A. Wilson deposited eight promissory notes, of the face value of $174,100. The notes were paid at maturity. The interest, amounting to some $12,000, was credited to the surplus of the bank and the balance was credited to Wilson's account. There were very few withdrawals from this account, and from time to time it was increased. However, it was always subject to be checked out by Wilson. Petitioner, in making his returns for profit taxes for 1919 and 1920, sought to include this account as capital. This was rejected by the Commissioner of Internal Revenue, and the tax determined accordingly. On appeal to the Board of Tax Appeals, the ruling of the Commissioner was sustained. The case presents merely questions of fact, and we find nothing in the record that would warrant a reversal of the judgment.

Affirmed.

Rafael ZAZZARO, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, United States Commissioner of Immigration, Respondent, Appellee.

Circuit Court of Appeals, First Circuit. April 26, 1928.

No. 2247.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Upon motion of appellee, it is ordered that this case be docketed and dismissed.

Elizabeth ZIMMERMAN, Administratrix of the Estate of Albert Zimmerman, Deceased, v. MICHIGAN CENTRAL RAILROAD CO.

Circuit Court of Appeals, Sixth Circuit. December 4, 1928.

No. 5321.

See, also, 24 F.(2d) 23.

Deeds & Cole, of Toledo, Ohio, for appellant.

Doyle & Lewis, of Toledo, Ohio, for appellee.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for appellee.